NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3101

ALEXANDER F. PUCILOWSKI, JR.,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
NY3443060081-A-2.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Alexander F. Pucilowski, Jr. moves for a 14-day extension of time, until May 12, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY -1 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Gregory T. Rinckey, Esq.
       Douglas K. Mickle, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

Jan Horbaly
Clerk